IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED SMITH,

      Plaintiff,                    No. CIV S-06-0042 DFL KJM P

    vs.

UNKNOWN,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a complaint and in forma pauperis application as directed by the court's order of May 2, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 19, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a complaint and in forma pauperis application.

DATED: May 31, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

/mp
smit0042.36